The PEOPLE of the State of
Colorado, Petitioner,

Joseph C. FROST, Respondent.

No. 99SC895.

Supreme Court of Colorado,
En Banc.

Feb. 7, 2001.

John J. Fuerst, III, AAG, Appellate Division, for Petitioner.

Douglas D. Barnes, Deputy State Public Defender, for Respondent.

**ORDER OF COURT**

Upon consideration of the Record on Appeal, together with the Written and Oral Arguments of Counsel, and now being sufficiently advised in the premises,

IT IS THIS DAY ORDERED that the Writ of Certiorari heretofore granted be, and is, DENIED as having been improvidently granted.